Adrienne Conrad (SBN 238170)
C. Todd Van Dyke* (Georgia Bar No. 723420)
Sapna K. Jain* (Georgia Bar No. 680949)
**JACKSON LEWIS P.C.**
225 Broadway, Suite 2000
San Diego, California  92101
Telephone:   (619) 573-4900
Facsimile:    (619) 573-4901
adrienne.conrad@jacksonlewis.com
todd.vandyke@jacksonlewis.com
sapna.jain@jacksonlewis.com
*pro hac vice applications pending*

Attorneys for Plaintiff
GENTIVA HEALTH SERVICES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTIVA HEALTH SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MISSION HEALTHCARE HOLDINGS, INC., MISSION HEALTHCARE SERVICES, LLC, MISSION HEALTHCARE SERVICES, INC., and KATHRYN MOHNEY, <br><br> Defendants. | Case No.:  3:19-cv-00812-JL-BLM <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:19-CV-00812-JL-BLM

**PLEASE TAKE NOTICE THAT** Plaintiff GENTIVA HEALTH SERVICES, INC., through its undersigned counsel, hereby files this notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Pursuant to Rule 41(a)(1)(B), the dismissal is without prejudice.

Dated: June 3, 2019                                JACKSON LEWIS P.C.


                                        By:      /s/ Adrienne L. Conrad
                                                Adrienne L. Conrad
                                                C. Todd Van Dyke
                                                Sapna K. Jain

                                                Attorneys for Plaintiff
                                                GENTIVA HEALTH SERVICES, INC.

4837-1765-5448, v. 2